**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | |
|---|---|
| **NICHOLAS DER-HACOPIAN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   8:18-cv-03001-PWG |
| | ) |
| **SENTRYLINK, LLC,** | ) |
| | ) |
| **Defendant.** | ) |

**ORDER AWARDING ATTORNEYS' FEES AND EXPENSES**

This matter, having come before the Court on Plaintiff's Motion for Award of Attorneys' Fees and Expenses, it is **HEREBY ORDERED** that Class Counsel is awarded fees and costs in the total amount of $235,000.00. Defendant shall pay such sums in accordance with the terms of the Settlement Agreement.

BY THE COURT:

/S/
Paul W. Grimm
United States District Judge

Dated: <u>November 23, 2020.</u>